1  DARRYL J. HOROWITT, #100898
   DANIA J. ALVARENGA, #244486
2  COLEMAN & HOROWITT, LLP
   Attorneys at Law
3  499 West Shaw, Suite 116
   Fresno, California 93704
4  Telephone: (559) 248-4820
   Facsimile: (559) 248-4830
5
   Attorneys for Plaintiff,
6  YORK INTERNATIONAL CORPORATION

7

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

10

11 YORK INTERNATIONAL CORPORATION,            NO. 1:08-CV-00480-LJO-DLB

12              Plaintiff,                    **ORDER TO CONTINUE HEARING FOR WRIT OF ATTACHMENT**

13     v.
                                              Date:   July 25, 2008
14 RICK DABBS and SHERICE DABBS,              Time:   9:00 a.m.
   individually and DBA RVD HEATING           Ctrm:   9
15 AND AIR,
                                              Trial Date: None
16              Defendants.

17

18       Pursuant to the Stipulation to Continue Hearing for Writ of Attachment filed herwith and

19 good cause appearing therefor:

20       IT IS HEREBY ORDERED as follows:

21       1.     The hearing currently set for July 25, 2008, on the Writ of Attachment is

22 continued to August 15, 2008, at 9:00 a.m. in Courtroom 9 of the above-entitled Court.

23       2.     The time for Defendants to file an opposition is extended to August 1, 2008 and

24 Plaintiff's reply thereto is extended to August 10, 2008.

25       3.     This stipulation may be executed in counterparts.

26       IT IS SO ORDERED.

27       Dated:   **July 16, 2008**          **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE
28