UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YORK INTERNATIONAL CORP.<br><br>             Plaintiff,<br>    vs.<br><br>RVD HEATING & AIR CONDITIONING, et. al,<br><br>             Defendants.<br>_____ / | CASE NO. CV F 08-0480 LJO DLB<br><br>**ORDER AFTER SETTLEMENT** |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than September 22, 2008,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   August 21, 2008**                    **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE