# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YORK INTERNATIONAL CORP., | CASE NO. CV F 08-0480 LJO DLB |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| vs. | |
| RVD HEATING & AIR CONDITIONING, et al, | |
| Defendants. / | |

This Court's August 21, 2008 order requires the parties, no later than September 22, 2008, "to file appropriate papers to dismiss or conclude this action in its entirety." On September 5, 2008, plaintiff submitted a "Request for Dismissal" – a Judicial Council of California form used in state court. The Request for Dismissal complies with neither the August 21, 2008 order nor F.R.Civ.P. 41(a)(1)(A)(ii), which requires "a stipulation of dismissal signed by all parties who have appeared." On the basis of good cause, this Court ORDERS plaintiff, no later than September 22, 2008, to show good cause in writing why this Court should not impose monetary or other sanctions against plaintiff and/or its counsel for failure to comply with the August 21, 2008 order and F.R.Civ.P. 41(a)(1)(A)(ii). This order to show cause will be discharged if, no later than September 22, 2008, plaintiff files appropriate papers to dismiss this action and to comply with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

**Dated:   September 8, 2008**                             **/s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE