IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YORK INTERNATIONAL CORP., | CASE NO. CV F 08-0480 LJO DLB |
| Plaintiff, | **ORDER ON MOTION TO SET ASIDE DISMISSAL ON SHORTENED TIME** |
| vs. | (Docs. 29, 30.) |
| RVD HEATING & AIR CONDITIONING, et al., | |
| Defendants. / | |

## INTRODUCTION

Plaintiff York International Corp. ("York")[1] seeks on shortened time to set aside dismissal of this action based on York's disobedience of two this Court's orders to file proper papers to dismiss this action. Based on jurisdictional issues discussed below, this Court requires further information to assess whether this Court is or would be able to provide York's requested relief.

## DISCUSSION

### Adjudication On Merits

This Court's September 24, 2008 ("September 24 order") dismissed this action with prejudice in that York "failed to comply with this Court's orders or to meaningfully and intelligently respond" to them. The September 24 order is an involuntary dismissal and "operates as an adjudication on the merits." *See* F.R.Civ.P. 41(b). York's papers fail to demonstrate this Court's ability to unwind the adjudication on the merits and grant York enforcement of its settlement agreement with defendants.

---

[1] "York" will refer to the party and its counsel interchangeably.

**Retention Of Jurisdiction**

York claims that it had prepared a proper "stipulated dismissal" but that illness and clerical error prevented York to file the stipulated dismissal prior to this Court's September 22, 2008 deadline. York's papers include defense counsel's email to approve the stipulated dismissal but lack the stipulated dismissal. The stipulated dismissal is key to this Court's determination whether York would have properly retained this Court's jurisdiction to enforce the settlement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-382, 114 S.Ct. 1673 (1994); *Hagestad v. Tragesser*, 49 F.3d 1430, 1433 (9th Cir. 1995). Without retained jurisdiction, this Court is powerless to enforce the parties' settlement agreement.

**CONCLUSION AND ORDER**

For the reasons discussed above, this Court ORDERS:

1. York, no later than November 10, 2008, to file as a supplemental exhibit the stipulated dismissal it proposed to file to comply with this Court's orders along with a supporting declaration to that effect; and

2. Defense counsel Jason Epperson, no later than November 12, 2008, to file his declaration to verify whether or not the stipulated dismissal filed as York's supplemental exhibit is the one which he approved or to indicate why he is unable to verify it.

The clerk is directed to serve a copy of this order on Rick Dabbs and Sherice Dabbs, 401 W. Olive #2, Madera, CA 93637.

IT IS SO ORDERED.

**Dated:** November 5, 2008              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE