1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    YORK INTERNATIONAL CORP.,                CASE NO. CV F 08-0480 LJO DLB

10                   Plaintiff,          **ORDER TO SET OPPOSITION DEADLINE**
                                         **ON MOTION TO SET ASIDE DISMISSAL**
11        vs.                            (Docs. 29, 30.)

12   RVD HEATING & AIR
     CONDITIONING, et al.,
13
                     Defendants.
14   _____/

15        On November 4, 2008, plaintiff York International Corp. ("York") filed its papers to seek on

16   shortened time to set aside dismissal of this action based on York's disobedience of two of this Court's

17   orders to file proper papers to dismiss this action.  York has complied with this Court's November 5,

18   2008 order to submit the stipulation which York intended to file to dismiss this action.  After review of

19   York's ex parte application to shorten time and on the basis of good cause, this Court ORDERS

20   defendants Rick Dabbs and Sherice Dabbs, no later than November 25, 2008, to file and serve papers

21   to respond to York's motion to set aside dismissal.  This Court will determine York's motion to set aside

22   dismissal without reply papers and a hearing, unless this Court orders otherwise.

23        The clerk is directed to serve a copy of this order on Rick Dabbs and Sherice Dabbs, 401 W.

24   Olive #2, Madera, CA 93637.

25

26

27   IT IS SO ORDERED.

28   **Dated:    November 15, 2008              /s/ Lawrence J. O'Neill**

                                    1

UNITED STATES DISTRICT JUDGE